IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IKE OKEKE,  CASE NO.: _____

    Plaintiff,

vs.

NATIONWIDE GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONWIDE GENERAL INSURANCE COMPANY ("NATIONWIDE"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Tampa Division, and states as grounds for such removal the following:

1. On April 5, 2023, Plaintiff, IKE OKEKE ("Plaintiff"), filed this action in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 23-CA-011654 ("State Action").

2. On May 17, 2023, NATIONWIDE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

A. Notice of Service of Process;

B. Summons;

C. Plaintiff's Complaint;

D. Civil Cover Sheet;

E. Notice of Designation of E-mail Addresses in Compliance with Florida Rule of Judicial Administration 2.516;

F. Request for Division Assignment;

G. Plaintiff's Notice of Serving Initial Interrogatories to Defendant / Plaintiff's First Set of Interrogatories to Defendant;

H. Plaintiff's First Request for Admissions to Defendant;

I. Plaintiff's First Request for Production to Defendant;

J. Defendant's Notice of Appearance and Designation of E-mail Addresses;

K. Defendant's Certification and Notice of Filing Notice of Removal; and

L. Defendant's Notice of Removal to Opposing Counsel.

3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Tampa Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## DIVERSITY OF CITIZENSHIP

4. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff (citizen of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

5. Plaintiff has brought this action regarding the property located at 9780 North 56th Street, Temple Terrace, Hillsborough County, Florida 33617. *See* Complaint ¶ 7.

6. Plaintiff is a resident of Hillsborough County, Florida and owns a property that has a homestead exemption. *See* Hillsborough County Property Appraiser Record attached as **Exhibit "2"**. Accordingly, Plaintiff is a citizen of the State of Florida for the purposes of determining diversity under 28U.S.C. § 1332(c)(1).

7. At all times material to this action, NATIONWIDE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. NATIONWIDE was and is incorporated in the State of Ohio, having its principal place of business in the State of Ohio. Accordingly, at all times material to this action, NATIONWIDE was and is a citizen of the State of Ohio for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

8. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

9. NATIONWIDE issued an insurance Policy, No. ACPBP013200279162 to the Insured, Ike Okeke, to insure the Property located at 9780 North 56th Street, Temple Terrace, Florida 33617. *See* Complaint ¶¶ 5 and 7.

10. Plaintiff has brought this action against NATIONWIDE for breach of contract pursuant to the terms of the subject Policy.

11. Specifically, Plaintiff contends that the insured property sustained damages due to wind, which is a covered peril under the insurance Policy. *See* Complaint ¶ 8. Plaintiff further contends that NATIONWIDE failed to indemnify Plaintiff for this losses stemming from the loss and thus is in breach of the Policy. *See* Complaint ¶¶ 12-13.

12. Prior to filing suit, Plaintiff submitted an estimate, prepared by his Public Adjuster, to NATIONWIDE in the total amount of $502,849.05 in support of the claimed damages related to the subject loss. Plaintiff's estimate is attached hereto as **Exhibit "3"**.

13. The deductible under the subject policy is $1,000.00.

14. NATIONWIDE did not issue payment to Plaintiff prior to the filing of the State Action, which leaves the total amount of $502,849.05 in dispute.

15. Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

16. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and NATIONWIDE are citizens of different states and

the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

17. NATIONWIDE has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiff's attorney of record.

18. NATIONWIDE has filed a written notice with the Clerk of the Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida in compliance with 28 U.S.C § 1446 (d).

        BUTLER WEIHMULLER KATZ CRAIG LLP

        s/ Thomas A. Keller
        THOMAS A. KELLER, ESQ.
        Florida Bar No.: 0153354
        tkeller@butler.legal
        DERICKA Y. BURKE, ESQ.
        Florida Bar No.: 1000332
        dburke@butler.legal
        Secondary: lfarrell@butler.legal;
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone:   (813) 281-1900
        Facsimile:   (813) 281-0900
        *Attorneys for Nationwide General Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Leo Manzanilla, Esq.
M.S.P.G. Law Group, PA
770 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
service@mspglawgroup.com
Attorneys For:  Plaintiff

                                                s/ Thomas A. Keller
                                                THOMAS A. KELLER, ESQ.